# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**A. FERLITO FARMS, INC.**

    vs.                                    **CASE NUMBER: 5:10-CV-1044 (GTS/ATB)**

**EMPIRE FRESH CUTS, LLC and JAMES R. ZAPPALA**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Default Judgment against Empire Fresh Cuts, LLC and James R. Zappala is GRANTED. Plaintiff is awarded $429,590.00 in damages and $83,597.20 in interest.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 14th day of September, 2011.

DATED: September 14, 2011

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk